CA 06 298 ML



# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Douglas J. Pelletier | Docket or Case No.: 2004-74 |
| Place of Confinement: A.C.I Medium I, AR-15 Top Cranston RI | Prisoner No.: 76890 |
| Petitioner (include the name under which you were convicted): Douglas Pelletier | v. Respondent (authorized person having custody of petitioner): A.T. Wall |
| The Attorney General of the State of Rhode Island | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Rhode Island Supreme Court, 250 Benefit St. Providence, R.I. 02903

   (b) Criminal docket or case number (if you know): 2004 74

2. (a) Date of the judgment of conviction (if you know): 8/26/05

   (b) Date of sentencing: 1/8/90

3. Length of sentence: 75 years / 60 to serve

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: 3-1st degree sexual assult, 1-2nd degree sexual assult 1-Breaking and entering, 2-assult with a dangerous weapon 1-Assult with intent to murder

6. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (3) Nolo contendere (no contest) ☒

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? All NO/LO was not given opportunity to seperate charges

_______________________________________________

_______________________________________________

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?

Yes ☐ No ☒

9. If you did appeal, answer the following:

(a) Name of court: _______________

(b) Docket or case number (if you know): _______________

(c) Result: _______________

(d) Date of result (if you know): _______________

(e) Citation to the case (if you know): _______________

(f) Grounds raised: _______________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

(g) Did you seek further review by a higher state court? Yes ☐ No ☐

If yes, answer the following:

(1) Name of court: _______________

(2) Docket or case number (if you know): _______________

(3) Result: _______________

_______________________________________________

(4) Date of result (if you know): _______________

(5) Citation to the case (if you know): _______________

(6) Grounds raised: _______________

_______________________________________________

_______________________________________________

_______________________________________________

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _______________

(2) Result: ____________________

(3) Date of result (if you know): ____________________

(4) Citation to the case (if you know): ____________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Newport Superior Court

(2) Docket or case number (if you know): N1/89-194

(3) Date of filing (if you know): 2/17/03

(4) Nature of the proceeding: Post Conviction relief Motion

(5) Grounds raised: Sentencing violations (Benchmarks) sentencing rules

Also

Rule (11) violations still pending a decision in Superior Court

Ineffective Assistance of Counsel still pending in Superior Court

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☒ No ☐

(7) Result: Granted A re-sentencing

(8) Date of result (if you know): 12/12/03

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Kent County (same motion outstanding issues)

(2) Docket or case number (if you know): N1/89-194

(3) Date of filing (if you know): 2/17/03

(4) Nature of the proceeding: Post Conviction Relief Motion

(5) Grounds raised: see Above

Rule (11) issues

Ineffective Assistance of Counsel

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☒ No ☐

(7) Result: Awaiting a decision

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

State appealled resentencing and Supreme Court granted Attorney Generals request to have Superior Courts decision overturned

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The Grounds and supporting Facts are attached on a seperate section (1) Sentences

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: proper Avenue For these issues is through post-conviction

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post conviction relief motion

Name and location of the court where the motion or petition was filed: Newport Superior Court, Newport RI 02840

Docket or case number (if you know): NI /89-194

Date of the court's decision: 12/12/03

Result (attach a copy of the court's opinion or order, if available): Attached

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☒ motion was granted

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Appeal Filed by Attorney General to RI Supreme Court, 250 Benefit St. Providence RI

Docket or case number (if you know): Docket # 2004-74

Date of the court's decision: 8/26/05

Result (attach a copy of the court's opinion or order, if available): Attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Motion was granted in Superior Court, Attorney General Appealled and won reversal of decision.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

GROUND TWO (2) Attached with other grounds (denial of Allocution)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: de novo review by Superior Court

Name and location of the court where the motion or petition was filed: Newport Superior Court

Docket or case number (if you know): N1/89-194

Date of the court's decision: 12/12/03

Result (attach a copy of the court's opinion or order, if available): Attached

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☒ motion was granted

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Attorney General appealled to RI Supreme Court 250 Benefit St, Providence RI

Docket or case number (if you know): Docket # 2004 74

Date of the court's decision: 8/26/05

Result (attach a copy of the court's opinion or order, if available): Attached (Issue was appealled to Supreme Court but the Court ignored this issue.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Superior Court Judge made a de novo ruling on this issue during post conviction hearing

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ______

GROUND THREE: ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________________

______________________________

______________________________

______________________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______________________________

______________________________

______________________________

GROUND FOUR: ______________________________________________

______________________________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(b) If you did not exhaust your state remedies on Ground Four, explain why: ______________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☐ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Some issues (rule(11) violations and ineffective Counsel) are still pending in Superior Court, the issues have been heard (12/2/05) but as of 6/20/06 are not ruled on.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ___________

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☒ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Kent County Superior Court, Warwick RI (C.A. NO. N1/89-194) Post conviction several issues from original motion Not yet ruled on (Rule(11) and ineffective Counsel) Scheduled to be ruled on anyday.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Allen Shoer (Address unknown)

(b) At arraignment and plea: Joseph Decaporale (plea lawyer) No known pre-trials

(c) At trial: ___________

(d) At sentencing: Joseph Decaporale (Address unknown)

(e) On appeal: ___________

(f) In any post-conviction proceeding: ___________

(g) On appeal from any ruling against you in a post-conviction proceeding: Richard Corley 127 Dorrance St, Providence RI, 02903, Appeal From Post Conviction lawyer

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* post conviction motion was granted on 12/12/03, State Appealled to Supreme Court and overturned that decision on 8/26/05 Less than one (1) year Ago.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: either remand for re-sentencing or vacate and remand for trial

or any other relief to which petitioner may be entitled.

Pro se'

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 6/28/06 (month, date, year).

Executed (signed) on 6/26/06 (date).

[signature]

Signature of Petitioner

Douglas Pelletier pro se'

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ____________________________________________

____________________________________________________________________________

____________________________________________________________________________

IN FORMA PAUPERIS DECLARATION

______________________________________

[Insert appropriate court]

* * * * *