Section

(6)

CASE Docket

# Criminal Docket Sheet Report

N1-1989-0194A

## Events

| Date | Event | Judge |
|---|---|---|
| 15-DEC-2003 | APP FOR POST-CONVICTION RELIEF | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| | PRESENTENCE REPORT ORDERED Physical evaluation by Board Certified Physician. | |
| | DECISION | |
| | REMANDED TO THE ACI | |
| 02-FEB-2004 | PRE-SENTENCE RPT & SENTENCING | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| | REMANDED TO THE ACI | |
| 12-APR-2004 | SENTENCING | THUNBERG, JUDGE |
| | PENDING SUPREME COURT DECISION Need Physc Report from Board Certified | |
| | MOTION TO EXPERT FEE | |
| | ORDER TO ENTER | |
| | REMANDED TO THE ACI | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|
| 20-JAN-2004 | 04-FEB-2004 | PROVIDENCE COUNTY SUPERIOR COURT | ATT: LINDA BARRETT - COURT REPORTER |
| Reason: TRANSFER PROV SUPERIOR COURT | | | |
| 20-FEB-2004 | | SUPREME COURT | |
| Reason: TRANSFER TO SUPREME COURT | | | |

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 08-JUN-1989 | INDICTMENT FILED | Party Filing: STATE |
| 08-JUN-1989 | CASE INITIATION | |
| 30-JUN-1989 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: ALAN M. SHOER, ASST. PUBLIC DEFENDER |
| 30-JUN-1989 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 10-JUL-1989 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 10-JUL-1989 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 12-JUL-1989 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 12-JUL-1989 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 17-JUL-1989 | ANSWER FILED | Party Filing: STATE ; Note: TO DEFTS MOTION FOR DISCOVERY AND INSPECTION |
| 17-JUL-1989 | REQUEST | Party Filing: STATE ; Note: FOR DISCOVERY AND ALIBI |
| 03-AUG-1989 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: JACK BARENSE, ASST PUBLIC DEFENDER |

# Criminal Docket Sheet Report

N1-1989-0194A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 07-AUG-1989 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 10-AUG-1989 | RESPONSE | Party Filing: STATE ; Note: SUPPLEMENTAL TO DISCOVERY AND INSPECTION |
| 17-AUG-1989 | RESPONSE | Party Filing: STATE ; Note: SUPPLEMENTAL RESPONSE TO DISCOVERY AND INSPECTION |
| 05-SEP-1989 | VICTIM/WITNESS RESPONSE | Party Filing: STATE |
| 05-SEP-1989 | VICTIM/WITNESS RESPONSE | Party Filing: STATE |
| 20-OCT-1989 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: JOSEPH DECAPORALE, ASST PD |
| 08-JAN-1990 | CERTIFICATE OF JUDGE | Party Filing: COURT ; Note: 8 CERTIFICATES |
| 08-JAN-1990 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 08-JAN-1990 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: DECAPORALE, JOSEPH L. |
| 08-JAN-1990 | DISPOSITION PROSECUTOR | Prostr: MCMAHON |
| 06-FEB-1991 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 06-FEB-1991 | MOTION | Party Filing: DEFENSE ; Note: TO SUBPEONA RECORDS |
| 04-MAR-1991 | ORDER ENTERED | Party Filing: COURT ; Note: DEFT'S MOTION IS GRANTED |
| 10-JUN-1991 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM ATTY MICHAEL DEVLIN TO JUDGE CRESTO |
| 25-JUN-1991 | LETTER FILED | Party Filing: DEFENSE ; Note: TO JUDGE CRESTO |
| 25-JUN-1991 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM DEFENDANT |
| 16-JAN-1992 | LETTER FILED | Party Filing: DEFENSE ; Note: TO JUDGE CRESTO |
| 24-JAN-1992 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: SUSAN IONNATELLI |
| 04-MAR-1992 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: S.IANETELLI |
| 13-APR-1992 | ORDER ENTERED | Party Filing: COURT |
| 21-JUL-1992 | MOTION | Party Filing: DEFENSE ; Note: FOR REVIEW |
| 23-JUL-1992 | MOTION | Party Filing: DEFENSE ; Note: FOR REVIEW |
| 11-SEP-1992 | ORDER ENTERED | Party Filing: COURT |
| 11-SEP-1992 | OTHER DOCUMENT | Party Filing: DEFENSE ; Note: REPORT TO THE COURT STATUS OF POST CONVICTION REL |
| 08-JUN-1994 | LETTER FILED | Party Filing: DEFENSE ; Note: TO JUDGE CRESTO |
| 21-DEC-1994 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 21-DEC-1994 | MOTION TO WITHDRAW | Party Filing: DEFENSE ; Note: PROTECTIVE CUSTODY ORDER |
| 21-DEC-1994 | PET WRIT OF HABEAS CORPUS | Party Filing: DEFENSE |
| 17-JAN-1995 | ORDER ENTERED | Party Filing: COURT |
| 02-NOV-2000 | FILE REC'D FROM RECORD CENTER | |
| 25-JAN-2001 | LETTER FILED | from Judge Rodgers to deft |
| 26-JAN-2001 | LETTER FILED | A LETTER FROM JUDGE RODGERS TO DOUGLAS PELLETIER |

# Criminal Docket Sheet Report

N1-1989-0194A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 26-JAN-2001 | FILE TRANSFERRED RECORD CENTER | |
| 23-FEB-2001 | LETTER FILED | from deft to Judge Pfeiffer |
| 27-FEB-2001 | LETTER FILED | from deft |
| 16-MAR-2001 | LETTER FILED | from paul tondreau to judge |
| 16-MAR-2001 | LETTER COURT APPOINTS ATTORNEY | |
| 23-MAR-2001 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** CIRESI, MARY JUNE | |
| 26-MAR-2001 | DETERMINATION OF ATTORNEY EVNT | |
| 26-MAR-2001 | NOTIFICATION PROBLEM | |
| 06-APR-2001 | MOTION TO WITHDRAW EVENT | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 06-APR-2001 | GRANTED | |
| 10-SEP-2001 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 19-JUN-2002 | LETTER FILED | |
| 19-JUN-2002 | MOTION | |
| 11-JUL-2002 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 25-JUL-2002 | FILE REC'D FROM RECORD CENTER | |
| 07-NOV-2002 | FILE TRANSFERRED RECORD CENTER | |
| 18-NOV-2002 | FILE REC'D FROM RECORD CENTER | |
| 13-DEC-2002 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 26-DEC-2002 | CASE REC'D FROM SUPREME COURT | |
| 07-JAN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 07-JAN-2003 by JCARNEVALE. |
| 14-JAN-2003 | OEN,TRANSCRIPT AT ST'S EXPENSE | |
| 18-FEB-2003 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 18-FEB-2003 | APP POST CONVICTION RELIEF | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 19-MAR-2003 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 04-APR-2003 | APP POST CONVICTION RELIEF SUPPLEMETAL | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 10-APR-2003 | ANSWER FILED | TO DEFENDANT'S MOTION FOR POST CONVICTION RELIEF |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 14-APR-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 14-APR-2003 by JCARNEVALE. |
| 17-APR-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 17-APR-2003 by JCARNEVALE. |
| 02-MAY-2003 | APP POST CONVICTION RELIEF | |

# Criminal Docket Sheet Report

N1-1989-0194A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 02-MAY-2003 | PENDING FURTHER INVESTIGATION | |
| 06-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 06-MAY-2003 by JCARNEVALE. |
| 06-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 06-MAY-2003 by JCARNEVALE. |
| 06-MAY-2003 | APP POST CONVICTION RELIEF | |
| 06-MAY-2003 | PENDING FURTHER INVESTIGATION | |
| 06-MAY-2003 | REMANDED TO THE ACI | |
| 07-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 07-MAY-2003 by JCARNEVALE. |
| 23-MAY-2003 | REMANDED TO THE ACI | |
| 27-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 27-MAY-2003 by JCARNEVALE. |
| 03-JUN-2003 | ORDER ENTERED | |
| | **Affiliated Party:** CIRESI, MARY JUNE | |
| 03-JUN-2003 | WITHDRAWAL OF APPEARANCE | |
| | **Affiliated Party:** CIRESI, MARY JUNE | |
| 04-JUN-2003 | APP POST CONVICTION RELIEF | |
| 04-JUN-2003 | HEARING PROCEEDS | |
| 04-JUN-2003 | REMANDED TO THE ACI | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 12-JUN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 12-JUN-2003 by JCARNEVALE. |
| 17-JUN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 17-JUN-2003 by JCARNEVALE. |
| 27-JUN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 27-JUN-2003 by JCARNEVALE. |
| 11-JUL-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 11-JUL-2003 by JCARNEVALE. |
| 01-AUG-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 01-AUG-2003 by JHEDEN. |
| 19-AUG-2003 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 10-SEP-2003 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 05-NOV-2003 | LETTER FILED | REQUESTING STATUS ON POST CONVICTION RELIEF |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 26-DEC-2003 | NOTICE OF APPEAL SUPREME COURT | TRANSCRIPT WILL BE ORDERED |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 07-JAN-2004 | ORDER FOR TRANSCRIPT | |
| 04-FEB-2004 | LTR,TRANSCRIPT SENT SUPREME CT | |
| 20-FEB-2004 | LTR,TRANSCRIPT SENT SUPREME CT | FINAL |

D3

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 17-MAY-2004 | MOTION TO SET BAIL | NS | THUNBERG, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 22-JUN-1989 | ARRAIGNMENT | ORTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DEFENDANT APPEARS | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| 14-SEP-1989 | BAIL REVIEW | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| 14-SEP-1989 | PRE-TRIAL CONFERENCE | ISRAEL, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| 28-SEP-1989 | BAIL REVIEW | ISRAEL, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 28-SEP-1989 | PRE-TRIAL CONFERENCE | ISRAEL, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 01-NOV-1989 | TRANSFRD TO WASHINGTON COUNTY | GIANNINI, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| 06-NOV-1989 | RECVD FROM NEWPORT COUNTY | |
| | EVENT ACTION COMPLETED | |
| 08-DEC-1989 | STATUS CONFERENCE | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| 08-JAN-1990 | TRIAL | CRESTO, JUDGE |
| | EVENT ACTION DISP/SENT | |
| | CASE DISPOSED | |
| | DEFN RETRACTS PLEA/NOT GUILTY | |
| | DEFENDANT RE-ARRAIGNED | |
| | PRE-SENTENCE REPORT WAIVED | |
| 08-FEB-1990 | OTHER | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFENDANT APPEARS | |
| | REMANDED TO THE ACI | |
| | DOCKET NOTE TALK TO COURT NO ACTION TAKEN | |
| 17-DEC-1990 | DETERMINATION OF ATTORNEY | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DEFENDANT APPEARS | |
| | DOCKET NOTE COURT APPOINTS MICHAEL DEVLIN, | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 19-JAN-1995 | RECVD FROM PROVIDENCE COUNTY<br>EVENT ACTION COMPLETED | |
| 10-JUL-1995 | TRANSFER TO RECORDS CENTER<br>EVENT ACTION COMPLETED | |
| 16-MAR-2001 | MOTION TO APPOINT ATTORNEY<br>GRANTED | PFEIFFER, JUDGE |
| 23-MAR-2001 | DETERMINATION OF ATTORNEY<br>PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 30-MAR-2001 | DETERMINATION OF ATTORNEY<br>DEFENSE DISCOVERY INCOMPLETE | PFEIFFER, JUDGE |
| 06-APR-2001 | DETERMINATION OF ATTORNEY<br>COMPLETED | PFEIFFER, JUDGE |
| 06-JAN-2003 | MOTION<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 14-JAN-2003 | MOTION<br>GRANTED | THUNBERG, JUDGE |
| 10-APR-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 16-APR-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 02-MAY-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 23-MAY-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 03-JUN-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 25-JUN-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 09-JUL-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 30-JUL-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 18-AUG-2003 | APP FOR POST-CONVICTION RELIEF<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 21-FEB-1991 | **MOT SUBPOENA DUCES TECUM** | ISRAEL, JUDGE |
| | EVENT ACTION PASSED | |
| 04-MAR-1991 | **MOTION** | CRESTO, JUDGE |
| | EVENT ACTION GRANTED | |
| | ORDER TO ENTER | |
| | DOCKET NOTE TO ISSUE SUBPEONAS IN FORMA PAUPERIS | |
| 04-MAR-1991 | **MOTION SUGGEST DEATH ON RECORD** | CRESTO, JUDGE |
| | EVENT ACTION PASSED | |
| 08-JAN-1992 | **TRANSFER TO PROVIDENCE COUNTY** | |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON PER TELEPHONE REQUEST-JUDGE | |
| 24-JAN-1992 | **MOTION TO APPOINT ATTORNEY** | GOLDBERG, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | |
| 28-FEB-1992 | **DETERMINATION OF ATTORNEY** | GOLDBERG, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENDANT NOT ON HABEAS | |
| 04-MAR-1992 | **DETERMINATION OF ATTORNEY** | WILEY, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DEFENSE ATTNY TO ENTER APPEARANCE | |
| 11-SEP-1992 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| | REMANDED TO THE ACI | |
| 25-AUG-1993 | **TRANSFERRED TO NEWPORT COUNTY** | |
| | EVENT ACTION COMPLETED | |
| 31-AUG-1993 | **RECVD FROM PROVIDENCE COUNTY** | |
| | EVENT ACTION COMPLETED | |
| 09-JUN-1994 | **RECVD FROM PROVIDENCE COUNTY** | |
| | EVENT ACTION COMPLETED | |
| 17-JAN-1995 | **DETERMINATION OF ATTORNEY** | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| 17-JAN-1995 | **MOTION TO WITHDRAW** | CRESTO, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON ORDER ENTERED | |
| | DOCKET NOTE ORDER FOR PROTECTIVE CUSTODY WITHDRAWN | |
| 18-JAN-1995 | **TRANSFERRED TO NEWPORT COUNTY** | |
| | EVENT ACTION COMPLETED | |