UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOUGLAS J. PELLETIER

vs. CA 06-298ML

ADULT CORRECTIONAL INSTITUTION

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **July 26, 2006.**

SO ORDERED

Mary M. Lisi
United States District Judge
July 5 ,2006

Entered as an Order of this Court on July 5 , 2006.

Deputy Clerk