RECEIVED

JUL 11 2006

Property of U.S. District Court
District of Rhode Island

Re: Pelletier pro se vs. A.C.I.
C.A. NO. 06-298 ML

7/7/06

Dear Clerk,

Hello, I am writing you today for several reasons. First of all, the address the Court has for me is incorrect. My proper address is Douglas Pelletier, P.O. Box 8274, Medium I AR-15 Top, Cranston, RI, 02920. Secondly, in my (2254) motion I asked for an attorney to assist me in further proceedings. I would like to know the status of that request? Could you please let me know, what, if anything, I must do to have an attorney appointed, and see my address is corrected? Thank you for your time and cooperation in these matters.

Sincerely,
[signature]
Douglas Pelletier prose'
P.O. Box 8274
Medium I AR-15 Top
Cranston, RI
02920

Copy: File