# Criminal Docket Sheet Report



**Case ID:** N1-1989-0194A **Description:** DOUGLAS J PELLETIER
**Filing Date:** 08-JUN-1989
**Original Case ID:** 22890169
30400890267

**Defendant Name:** DOUGLAS J PELLETIER **Police Dept:** PORTSMOUTH POLICE DEPARTMENT
**BCI#:** 00132401 **Date of Birth:** 23-NOV-1963 **Incarcerated:**

**Address:** PO BOX 8274
Medium 1 AR-46
CRANSTON RI 02920

**COURT APPOINTED ATTORNEY:** KEVIN F DWYER
**COURT APPOINTED ATTORNEY:** JUDITH CROWELL

## Charge Information

**Count:** 1 11370011 **SEXUAL ASSAULT IN 1ST DEGREE**
**Offense Date:** 13-JAN-1989

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 40 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 25 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONCURR W/EACH COUNT

**Sentence:** SUSPENDED
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** PROBATION
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

**Count:** 2 11370011 **SEXUAL ASSAULT IN 1ST DEGREE**
**Offense Date:** 13-JAN-1989

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 40 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 25 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONCURR W/EACH COUNT

**Sentence:** SUSPENDED
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** PROBATION
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

# Criminal Docket Sheet Report

N1-1989-0194A

## Charge Information

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

**Count:** 3 11370011 **SEXUAL ASSAULT IN 1ST DEGREE**
**Offense Date:** 13-JAN-1989

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 40 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 25 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONCURR W/EACH COUNT

**Sentence:** SUSPENDED
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

# Criminal Docket Sheet Report



## Charge Information

**Sentence:** PROBATION
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

**Count:** 4 11370041 **SEXUAL ASSAULT IN 2ND DEGREE**
**Offense Date:** 13-JAN-1989

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 15 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONSEC W/EACH COUNT

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

# Criminal Docket Sheet Report

N1-1989-0194A

## Charge Information

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

**Count:** 5 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 13-JAN-1989

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONCURR W/EACH COUNT

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

# Criminal Docket Sheet Report



## Charge Information

**Count:** 6 11050010 **ASSLT W/INT COMM SPECIF FELONY**

**Offense Date:** 13-JAN-1989

**Charge Text:**

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 20 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONCURR W/EACH COUNT

**Sentence:** SUSPENDED
**Term:** 10 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** PROBATION
**Term:** 10 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:**

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

# Criminal Docket Sheet Report

N1-1989-0194A

## Charge Information

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

**Count:** 7 11080025 **B&E DWELL W/O CONSENT OWNER**
**Offense Date:** 13-JAN-1989
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONSEC W/EACH COUNT

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

**Count:** 8 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 13-JAN-1989
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

# Criminal Docket Sheet Report

N1-1989-0194A

## Charge Information

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** CONSEC W/EACH COUNT

**Sentence:** SPECIAL PROGRAM
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** PROTECTIVE CUSTODY

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $100.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 08-JAN-1990
**Judge:** JUDGE CRESTO
**Text:** Amount: $3.50

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

22-JUN-1989 TYPE OF BAIL SET Bail Type: H/W/O BAIL; Judge/Bail: ORTON; Date Modified: 08-JAN-90

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

# Criminal Docket Sheet Report



## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 13-JAN-2006 | MISCELLANEOUS EVENT | K | THUNBERG, JUDGE |
| 21-JUL-2006 | DECISION | K | THUNBERG, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 22-JUN-1989 | **ARRAIGNMENT**<br>EVENT ACTION COMPLETED<br>EVENT REASON DEFENDANT APPEARS<br>DEFT ARRGN & PLEADS NOT GUILTY | ORTON, JUDGE |
| 14-SEP-1989 | **BAIL REVIEW**<br>EVENT ACTION POSTPONED<br>EVENT REASON BY ORDER OF THE COURT | ISRAEL, JUDGE |
| 14-SEP-1989 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION POSTPONED<br>EVENT REASON BY ORDER OF THE COURT | ISRAEL, JUDGE |
| 28-SEP-1989 | **BAIL REVIEW**<br>EVENT ACTION COMPLETED<br>EVENT REASON CASE PASSED FOR TRIAL | ISRAEL, JUDGE |
| 28-SEP-1989 | **PRE-TRIAL CONFERENCE**<br>EVENT ACTION COMPLETED<br>EVENT REASON CASE PASSED FOR TRIAL | ISRAEL, JUDGE |
| 01-NOV-1989 | **WASHINGTON COUNTY**<br>EVENT ACTION COMPLETED<br>EVENT REASON BY ORDER OF THE COURT | GIANNINI, JUDGE |
| 06-NOV-1989 | **RECVD FROM NEWPORT COUNTY**<br>EVENT ACTION COMPLETED | |
| 08-DEC-1989 | **STATUS CONFERENCE**<br>EVENT ACTION COMPLETED | CRESTO, JUDGE |
| 08-JAN-1990 | **TRIAL**<br>EVENT ACTION DISP/SENT<br>CASE DISPOSED<br>DEFN RETRACTS PLEA/NOT GUILTY<br>DEFENDANT RE-ARRAIGNED<br>PRE-SENTENCE REPORT WAIVED | CRESTO, JUDGE |
| 08-FEB-1990 | **OTHER**<br>EVENT ACTION COMPLETED<br>DEFENDANT APPEARS<br>REMANDED TO THE ACI<br>DOCKET NOTE TALK TO COURT NO ACTION TAKEN | CRESTO, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 17-DEC-1990 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED<br>EVENT REASON DEFENDANT APPEARS<br>DOCKET NOTE COURT APPOINTS MICHAEL DEVLIN, | CRESTO, JUDGE |
| 21-FEB-1991 | **MOT ISSUE SUBPOENA DUCES TECUM**<br>EVENT ACTION PASSED | ISRAEL, JUDGE |
| 04-MAR-1991 | **MOTION**<br>EVENT ACTION GRANTED<br>ORDER TO ENTER<br>DOCKET NOTE TO ISSUE SUBPEONAS IN FORMA PAUPERIS | CRESTO, JUDGE |
| 04-MAR-1991 | **MOTION SUGGEST DEATH ON RECORD**<br>EVENT ACTION PASSED | CRESTO, JUDGE |
| 08-JAN-1992 | **TRANSFER TO PROVIDENCE COUNTY**<br>EVENT ACTION COMPLETED<br>EVENT REASON PER TELEPHONE REQUEST-JUDGE | |
| 24-JAN-1992 | **MOTION TO APPOINT ATTORNEY**<br>EVENT ACTION COMPLETED<br>EVENT REASON COURT TO APPOINT PRIVATE COUNSEL | GOLDBERG, JUDGE |
| 28-FEB-1992 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION POSTPONED<br>EVENT REASON DEFENDANT NOT ON HABEAS | GOLDBERG, JUDGE |
| 04-MAR-1992 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED<br>EVENT REASON DEFENSE ATTNY TO ENTER APPEARANCE | WILEY, JUDGE |
| 11-SEP-1992 | **MOTION**<br>EVENT ACTION GRANTED<br>REMANDED TO THE ACI | GEMMA, JUDGE |
| 25-AUG-1993 | **TRANSFERRED TO NEWPORT COUNTY**<br>EVENT ACTION COMPLETED | |
| 31-AUG-1993 | **RECVD FROM PROVIDENCE COUNTY**<br>EVENT ACTION COMPLETED | |
| 09-JUN-1994 | **RECVD FROM PROVIDENCE COUNTY**<br>EVENT ACTION COMPLETED | |
| 17-JAN-1995 | **DETERMINATION OF ATTORNEY**<br>EVENT ACTION COMPLETED | CRESTO, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 17-JAN-1995 | **MOTION TO WITHDRAW**<br>EVENT ACTION GRANTED<br>EVENT REASON ORDER ENTERED<br>DOCKET NOTE ORDER FOR PROTECTIVE CUSTODY WITHDRAWN | CRESTO, JUDGE |
| 18-JAN-1995 | **TRANSFERRED TO NEWPORT COUNTY**<br>EVENT ACTION COMPLETED | |
| 19-JAN-1995 | **RECVD FROM PROVIDENCE COUNTY**<br>EVENT ACTION COMPLETED | |
| 10-JUL-1995 | **TRANSFER TO RECORDS CENTER**<br>EVENT ACTION COMPLETED | |
| 16-MAR-2001 | **MOTION TO APPOINT ATTORNEY**<br>GRANTED | PFEIFFER, JUDGE |
| 23-MAR-2001 | **DETERMINATION OF ATTORNEY**<br>PENDING FURTHER INVESTIGATION | PFEIFFER, JUDGE |
| 30-MAR-2001 | **DETERMINATION OF ATTORNEY**<br>DEFENSE DISCOVERY INCOMPLETE | PFEIFFER, JUDGE |
| 06-APR-2001 | **DETERMINATION OF ATTORNEY**<br>COMPLETED | PFEIFFER, JUDGE |
| 06-JAN-2003 | **MOTION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 14-JAN-2003 | **MOTION**<br>GRANTED | THUNBERG, JUDGE |
| 10-APR-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 16-APR-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 02-MAY-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 23-MAY-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 03-JUN-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 25-JUN-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 09-JUL-2003 | **APP FOR POST-CONVICTION RELIEF**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 30-JUL-2003 | **APP FOR POST-CONVICTION RELIEF** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 18-AUG-2003 | **APP FOR POST-CONVICTION RELIEF** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 15-DEC-2003 | **APP FOR POST-CONVICTION RELIEF** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| | PRESENTENCE REPORT ORDERED Physical evaluation by Board Certified Physician. | |
| | DECISION | |
| | REMANDED TO THE ACI | |
| 02-FEB-2004 | **PRE-SENTENCE RPT & SENTENCING** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| | REMANDED TO THE ACI | |
| 12-APR-2004 | **SENTENCING** | THUNBERG, JUDGE |
| | PENDING SUPREME COURT DECISION Need Physc Report from Board Certified | |
| | MOTION TO EXPERT FEE | |
| | ORDER TO ENTER | |
| | REMANDED TO THE ACI | |
| 17-MAY-2004 | **MOTION** | THUNBERG, JUDGE |
| | PASSED | |
| 17-MAY-2004 | **MOTION TO SET BAIL** | THUNBERG, JUDGE |
| | PASSED | |
| 14-JUN-2004 | **SENTENCING** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 28-JUN-2004 | **SENTENCING** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| | REMANDED TO THE ACI | |
| 15-JUL-2004 | **SENTENCING** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 26-JUL-2004 | **SENTENCING** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| | REMANDED TO THE ACI | |
| 05-AUG-2004 | **SENTENCING** | THUNBERG, JUDGE |
| | EXECUTION OF SENTENCE STAYED | |
| 06-OCT-2005 | **MOTIONS** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 21-OCT-2005 | **MOTION** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |
| 28-OCT-2005 | **MOTION** | THUNBERG, JUDGE |
| | PENDING FURTHER INVESTIGATION | |

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 02-DEC-2005 | **EVIDENTIARY HEARING**<br>COMPLETED | THUNBERG, JUDGE |
| 03-MAR-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 17-MAR-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 31-MAR-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 13-APR-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 05-MAY-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 18-MAY-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |
| 09-JUN-2006 | **DECISION**<br>CONTINUED FOR FURTHER HEARING | THUNBERG, JUDGE |
| 30-JUN-2006 | **DECISION**<br>PENDING FURTHER INVESTIGATION | THUNBERG, JUDGE |

## Case Jackets

| Check Out | Returned | Person Name | Text |
|---|---|---|---|
| 20-JAN-2004 | 04-FEB-2004 | PROVIDENCE COUNTY SUPERIOR COURT | ATT: LINDA BARRETT - COURT REPORTER |
| **Reason:** TRANSFER PROV SUPERIOR COURT | | | |
| 20-FEB-2004 | 21-SEP-2005 | SUPREME COURT | |
| **Reason:** TRANSFER TO SUPREME COURT | | | |
| 26-SEP-2005 | | KENT COUNTY SUPERIOR COURT | TO BE HEARD JUSTICE THUNBERG |
| **Reason:** TRANSFER KENT SUPERIOR COURT | | | |

## Case Evidence

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 08-JUN-1989 | INDICTMENT FILED | Party Filing: STATE |
| 08-JUN-1989 | CASE INITIATION | |
| 22-JUN-1989 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 22-JUN-1989 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: ORTON; Date Modified: 08-JAN-90 |
| 22-JUN-1989 | EVENT ACTION | COMPLETED |
| 22-JUN-1989 | EVENT REASON | DEFENDANT APPEARS |
| 30-JUN-1989 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: ALAN M. SHOER, ASST. PUBLIC DEFENDER |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 30-JUN-1989 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 10-JUL-1989 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 10-JUL-1989 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 12-JUL-1989 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 12-JUL-1989 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 17-JUL-1989 | ANSWER FILED | Party Filing: STATE ; Note: TO DEFTS MOTION FOR DISCOVERY AND INSPECTION |
| 17-JUL-1989 | REQUEST | Party Filing: STATE ; Note: FOR DISCOVERY AND ALIBI |
| 03-AUG-1989 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: JACK BARENSE, ASST PUBLIC DEFENDER |
| 07-AUG-1989 | ORDER FOR GRAND JURY TAPES | Party Filing: STATE |
| 10-AUG-1989 | RESPONSE | Party Filing: STATE ; Note: SUPPLEMENTAL TO DISCOVERY AND INSPECTION |
| 17-AUG-1989 | RESPONSE | Party Filing: STATE ; Note: SUPPLEMENTAL RESPONSE TO DISCOVERY AND INSPECTION |
| 05-SEP-1989 | VICTIM/WITNESS RESPONSE | Party Filing: STATE |
| 05-SEP-1989 | VICTIM/WITNESS RESPONSE | Party Filing: STATE |
| 14-SEP-1989 | EVENT ACTION | POSTPONED |
| 14-SEP-1989 | EVENT ACTION | POSTPONED |
| 14-SEP-1989 | EVENT REASON | BY ORDER OF THE COURT |
| 14-SEP-1989 | EVENT REASON | BY ORDER OF THE COURT |
| 28-SEP-1989 | EVENT ACTION | COMPLETED |
| 28-SEP-1989 | EVENT ACTION | COMPLETED |
| 28-SEP-1989 | EVENT REASON | CASE PASSED FOR TRIAL |
| 28-SEP-1989 | EVENT REASON | CASE PASSED FOR TRIAL |
| 20-OCT-1989 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: JOSEPH DECAPORALE, ASST PD |
| 01-NOV-1989 | EVENT ACTION | COMPLETED |
| 01-NOV-1989 | EVENT REASON | BY ORDER OF THE COURT |
| 06-NOV-1989 | EVENT ACTION | COMPLETED |
| 08-DEC-1989 | EVENT ACTION | COMPLETED |
| 08-JAN-1990 | CERTIFICATE OF JUDGE | Party Filing: COURT ; Note: 8 CERTIFICATES |
| 08-JAN-1990 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 08-JAN-1990 | PRE-SENTENCE REPORT WAIVED | |
| 08-JAN-1990 | DEFN RETRACTS PLEA/NOT GUILTY | |
| 08-JAN-1990 | DEFENDANT RE-ARRAIGNED | |
| 08-JAN-1990 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: DECAPORALE, JOSEPH L. |
| 08-JAN-1990 | DISPOSITION PROSECUTOR | Prostr: MCMAHON |
| 08-JAN-1990 | CASE DISPOSED | |
| 08-JAN-1990 | EVENT ACTION | DISP/SENT |
| 08-FEB-1990 | REMANDED TO THE ACI | |
| 08-FEB-1990 | DEFENDANT APPEARS | |
| 08-FEB-1990 | DOCKET NOTE | TALK TO COURT NO ACTION TAKEN |
| 08-FEB-1990 | EVENT ACTION | COMPLETED |
| 17-DEC-1990 | DOCKET NOTE | COURT APPOINTS MICHAEL DEVLIN, |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 17-DEC-1990 | EVENT ACTION | COMPLETED |
| 17-DEC-1990 | EVENT REASON | DEFENDANT APPEARS |
| 06-FEB-1991 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 06-FEB-1991 | MOTION | Party Filing: DEFENSE ; Note: TO SUBPEONA RECORDS |
| 21-FEB-1991 | EVENT ACTION | PASSED |
| 04-MAR-1991 | ORDER ENTERED | Party Filing: COURT ; Note: DEFT'S MOTION IS GRANTED |
| 04-MAR-1991 | ORDER TO ENTER | |
| 04-MAR-1991 | DOCKET NOTE | TO ISSUE SUBPEONAS IN FORMA PAUPERIS |
| 04-MAR-1991 | EVENT ACTION | GRANTED |
| 04-MAR-1991 | EVENT ACTION | PASSED |
| 10-JUN-1991 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM ATTY MICHAEL DEVLIN TO JUDGE CRESTO |
| 25-JUN-1991 | LETTER FILED | Party Filing: DEFENSE ; Note: FROM DEFENDANT |
| 25-JUN-1991 | LETTER FILED | Party Filing: DEFENSE ; Note: TO JUDGE CRESTO |
| 08-JAN-1992 | EVENT ACTION | COMPLETED |
| 08-JAN-1992 | EVENT REASON | PER TELEPHONE REQUEST-JUDGE |
| 16-JAN-1992 | LETTER FILED | Party Filing: DEFENSE ; Note: TO JUDGE CRESTO |
| 24-JAN-1992 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: SUSAN IONNATELLI |
| 24-JAN-1992 | EVENT ACTION | COMPLETED |
| 24-JAN-1992 | EVENT REASON | COURT TO APPOINT PRIVATE COUNSEL |
| 28-FEB-1992 | EVENT ACTION | POSTPONED |
| 28-FEB-1992 | EVENT REASON | DEFENDANT NOT ON HABEAS |
| 04-MAR-1992 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: S.IANETELLI |
| 04-MAR-1992 | EVENT ACTION | COMPLETED |
| 04-MAR-1992 | EVENT REASON | DEFENSE ATTNY TO ENTER APPEARANCE |
| 13-APR-1992 | ORDER ENTERED | Party Filing: COURT |
| 21-JUL-1992 | MOTION | Party Filing: DEFENSE ; Note: FOR REVIEW |
| 23-JUL-1992 | MOTION | Party Filing: DEFENSE ; Note: FOR REVIEW |
| 11-SEP-1992 | REMANDED TO THE ACI | |
| 11-SEP-1992 | ORDER ENTERED | Party Filing: COURT |
| 11-SEP-1992 | OTHER DOCUMENT | Party Filing: DEFENSE ; Note: REPORT TO THE COURT STATUS OF POST CONVICTION REL |
| 11-SEP-1992 | EVENT ACTION | GRANTED |
| 25-AUG-1993 | EVENT ACTION | COMPLETED |
| 31-AUG-1993 | EVENT ACTION | COMPLETED |
| 08-JUN-1994 | LETTER FILED | Party Filing: DEFENSE ; Note: TO JUDGE CRESTO |
| 09-JUN-1994 | EVENT ACTION | COMPLETED |
| 21-DEC-1994 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 21-DEC-1994 | MOTION TO WITHDRAW | Party Filing: DEFENSE ; Note: PROTECTIVE CUSTODY ORDER |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 21-DEC-1994 | PET WRIT OF HABEAS CORPUS | Party Filing: DEFENSE |
| 17-JAN-1995 | ORDER ENTERED | Party Filing: COURT |
| 17-JAN-1995 | DOCKET NOTE | ORDER FOR PROTECTIVE CUSTODY WITHDRAWN |
| 17-JAN-1995 | EVENT ACTION | COMPLETED |
| 17-JAN-1995 | EVENT ACTION | GRANTED |
| 17-JAN-1995 | EVENT REASON | ORDER ENTERED |
| 18-JAN-1995 | EVENT ACTION | COMPLETED |
| 19-JAN-1995 | EVENT ACTION | COMPLETED |
| 10-JUL-1995 | EVENT ACTION | COMPLETED |
| 02-NOV-2000 | FILE REC'D FROM RECORD CENTER | |
| 25-JAN-2001 | LETTER FILED | from Judge Rodgers to deft |
| 26-JAN-2001 | LETTER FILED | A LETTER FROM JUDGE RODGERS TO DOUGLAS PELLETIER |
| 26-JAN-2001 | FILE TRANSFERRED RECORD CENTER | |
| 23-FEB-2001 | LETTER FILED | from deft to Judge Pfeiffer |
| 27-FEB-2001 | LETTER FILED | from deft |
| 16-MAR-2001 | LETTER FILED | from paul tondreau to judge |
| 16-MAR-2001 | GRANTED | |
| 16-MAR-2001 | LETTER COURT APPOINTS ATTORNEY | |
| 23-MAR-2001 | PENDING FURTHER INVESTIGATION | |
| 23-MAR-2001 | ENTRY OF APPEARANCE | |
| | **Affiliated Party:** CIRESI, MARY JUNE | |
| 26-MAR-2001 | DETERMINATION OF ATTORNEY EVNT | |
| 26-MAR-2001 | NOTIFICATION PROBLEM | |
| 30-MAR-2001 | DEFENSE DISCOVERY INCOMPLETE | |
| 06-APR-2001 | COMPLETED | |
| 06-APR-2001 | MOTION TO WITHDRAW EVENT | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 06-APR-2001 | GRANTED | |
| 10-SEP-2001 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 19-JUN-2002 | LETTER FILED | |
| 19-JUN-2002 | MOTION | |
| 11-JUL-2002 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 25-JUL-2002 | FILE REC'D FROM RECORD CENTER | |
| 07-NOV-2002 | FILE TRANSFERRED RECORD CENTER | |
| 18-NOV-2002 | FILE REC'D FROM RECORD CENTER | |
| 13-DEC-2002 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 26-DEC-2002 | CASE REC'D FROM SUPREME COURT | |
| 06-JAN-2003 | PENDING FURTHER INVESTIGATION | |
| 07-JAN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 07-JAN-2003 by JCARNEVALE. |
| 14-JAN-2003 | GRANTED | |
| 14-JAN-2003 | OEN,TRANSCRIPT AT ST'S EXPENSE | |

# Criminal Docket Sheet Report

N1-1989-0194A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 18-FEB-2003 | PET WRIT OF HABEAS CORPUS | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 18-FEB-2003 | APP POST CONVICTION RELIEF | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 19-MAR-2003 | LETTER FILED | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 04-APR-2003 | APP POST CONVICTION RELIEF | SUPPLEMETAL |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 10-APR-2003 | PENDING FURTHER INVESTIGATION | |
| 10-APR-2003 | ANSWER FILED | TO DEFENDANT'S MOTION FOR POST CONVICTION RELIEF |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 14-APR-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 14-APR-2003 by JCARNEVALE. |
| 16-APR-2003 | PENDING FURTHER INVESTIGATION | |
| 17-APR-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 17-APR-2003 by JCARNEVALE. |
| 02-MAY-2003 | APP POST CONVICTION RELIEF | |
| 02-MAY-2003 | PENDING FURTHER INVESTIGATION | |
| 02-MAY-2003 | PENDING FURTHER INVESTIGATION | |
| 06-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 06-MAY-2003 by JCARNEVALE. |
| 06-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 06-MAY-2003 by JCARNEVALE. |
| 06-MAY-2003 | APP POST CONVICTION RELIEF | |
| 06-MAY-2003 | PENDING FURTHER INVESTIGATION | |
| 06-MAY-2003 | REMANDED TO THE ACI | |
| 07-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 07-MAY-2003 by JCARNEVALE. |
| 23-MAY-2003 | PENDING FURTHER INVESTIGATION | |
| 23-MAY-2003 | REMANDED TO THE ACI | |
| 27-MAY-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 27-MAY-2003 by JCARNEVALE. |
| 03-JUN-2003 | PENDING FURTHER INVESTIGATION | |
| 03-JUN-2003 | ORDER ENTERED | |
| | **Affiliated Party:** CIRESI, MARY JUNE | |
| 03-JUN-2003 | WITHDRAWAL OF APPEARANCE | |
| | **Affiliated Party:** CIRESI, MARY JUNE | |
| 04-JUN-2003 | APP POST CONVICTION RELIEF | |
| 04-JUN-2003 | HEARING PROCEEDS | |
| 04-JUN-2003 | REMANDED TO THE ACI | |
| | **Affiliated Party:** PELLETIER, DOUGLAS J | |
| 12-JUN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 12-JUN-2003 by JCARNEVALE. |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 17-JUN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CDAEVNT on 17-JUN-2003 by JCARNEVALE. |
| 25-JUN-2003 | PENDING FURTHER INVESTIGATION | |
| 27-JUN-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 27-JUN-2003 by JCARNEVALE. |
| 09-JUL-2003 | PENDING FURTHER INVESTIGATION | |
| 11-JUL-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 11-JUL-2003 by JCARNEVALE. |
| 30-JUL-2003 | PENDING FURTHER INVESTIGATION | |
| 01-AUG-2003 | NOTICE SENT TO DEFENDANT | Docket entry for the letter produced from CSAEVNT on 01-AUG-2003 by JHEDEN. |
| 18-AUG-2003 | PENDING FURTHER INVESTIGATION | |
| 19-AUG-2003 | LETTER FILED | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 10-SEP-2003 | LETTER FILED | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 05-NOV-2003 | LETTER FILED | REQUESTING STATUS ON POST CONVICTION RELIEF |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 12-DEC-2003 | PRESENTENCE REPORT ORDERED | Physical evaluation by Board Certified Physician. |
| 12-DEC-2003 | DECISION | |
| | **Affiliated Party**: RHODE ISLAND COURTS | |
| 12-DEC-2003 | REMANDED TO THE ACI | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 15-DEC-2003 | PENDING FURTHER INVESTIGATION | |
| 26-DEC-2003 | NOTICE OF APPEAL SUPREME COURT | TRANSCRIPT WILL BE ORDERED |
| | **Affiliated Party**: STATE OF RHODE ISLAND | |
| 07-JAN-2004 | ORDER FOR TRANSCRIPT | |
| 02-FEB-2004 | PENDING FURTHER INVESTIGATION | |
| 02-FEB-2004 | REMANDED TO THE ACI | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 04-FEB-2004 | LTR,TRANSCRIPT SENT SUPREME CT | |
| 20-FEB-2004 | LTR,TRANSCRIPT SENT SUPREME CT | FINAL |
| 20-FEB-2004 | CASE TRANSMITTED TO SUPREME CT | |
| 27-FEB-2004 | ORDER ENTERED | PETITIONER'S APPLICATION FOR POST CONVICTION RELIEF IS GRANTED, SOLELY ON THE ISSUE OF RESENTENCING. |
| 02-MAR-2004 | LETTER FILED | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 15-MAR-2004 | ORDER ENTERED | COURT APPOINTS KEVIN DWYER |
| 15-MAR-2004 | ENTRY OF APPEARANCE | |
| 12-APR-2004 | DATE DELETED | |
| 12-APR-2004 | PENDING SUPREME COURT DECISION | Need Physc Report from Board Certified |
| 12-APR-2004 | MOTION | TO EXPERT FEE |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 12-APR-2004 | ORDER TO ENTER | |
| 12-APR-2004 | REMANDED TO THE ACI | |
| 04-MAY-2004 | MOTION TO SET BAIL | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 04-MAY-2004 | MOTION | FOR STAY |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 17-MAY-2004 | PASSED | |
| 17-MAY-2004 | PASSED | |
| 19-MAY-2004 | MOTION FOR ENLARGEMENT TIME | |
| | **Affiliated Party**: STATE OF RHODE ISLAND | |
| 14-JUN-2004 | PENDING FURTHER INVESTIGATION | |
| 23-JUN-2004 | ENTRY OF APPEARANCE BY P.D. | |
| | **Affiliated Party**: CROWELL, JUDITH | |
| 28-JUN-2004 | PENDING FURTHER INVESTIGATION | |
| 28-JUN-2004 | REMANDED TO THE ACI | |
| 15-JUL-2004 | PENDING FURTHER INVESTIGATION | |
| 16-JUL-2004 | DATE VACATED BY JUDGE | |
| 26-JUL-2004 | PENDING FURTHER INVESTIGATION | |
| 26-JUL-2004 | REMANDED TO THE ACI | |
| 05-AUG-2004 | EXECUTION OF SENTENCE STAYED | |
| 28-SEP-2004 | LETTER FILED | |
| 08-SEP-2005 | LETTER FILED | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 21-SEP-2005 | LETTER FILED | |
| 21-SEP-2005 | CASE/EXHIBITS TRANS SUPREME CT | |
| 23-SEP-2005 | MOTION | TO TRANSFER FILE TO KENT SUPERIOR COURT |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 26-SEP-2005 | CASE TRANSFERRED KENT CTY | |
| 28-SEP-2005 | CASE REC'D FROM NEWPORT CTY | Recd. at KSC case, exhibits & transcripts 2 vols. |
| 06-OCT-2005 | PENDING FURTHER INVESTIGATION | |
| 21-OCT-2005 | PENDING FURTHER INVESTIGATION | |
| 28-OCT-2005 | PENDING FURTHER INVESTIGATION | |
| 03-NOV-2005 | DATE VACATED BY JUDGE | |
| 02-DEC-2005 | COMPLETED | |
| 02-DEC-2005 | JUDICIAL DECISION HELD | MEMO'S DUE 12-15-05 |
| 02-FEB-2006 | DATE VACATED BY JUDGE | |
| 06-FEB-2006 | MEMORANDUM FILED | |
| | **Affiliated Party**: PELLETIER, DOUGLAS J | |
| 03-MAR-2006 | PENDING FURTHER INVESTIGATION | |
| 17-MAR-2006 | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2006 | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2006 | BY ORDER OF THE COURT | |
| 13-APR-2006 | PENDING FURTHER INVESTIGATION | |
| 25-APR-2006 | LETTER FILED | |
| 05-MAY-2006 | PENDING FURTHER INVESTIGATION | |
| 18-MAY-2006 | PENDING FURTHER INVESTIGATION | |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
| --- | --- | --- |
| 19-MAY-2006 | LETTER FILED<br>**Affiliated Party**: PELLETIER, DOUGLAS J | |
| 09-JUN-2006 | CONTINUED FOR FURTHER HEARING | |
| 30-JUN-2006 | PENDING FURTHER INVESTIGATION | |