UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER | : | |
| | : | |
| v. | : | C.A. No. 06-298ML |
| | : | |
| A.T. WALL | : | |

**ORDER**

Plaintiff pled nolo in 1990 to eight felonies arising out of a 1989 home invasion and sexual assault which took place in Portsmouth. Plaintiff was sentenced to serve sixty years of an eighty-year term of imprisonment and is currently serving that sentence at the ACI. On June 28, 2006, Plaintiff filed a habeas corpus petition in this Court challenging his conviction.

On July 5, 2006, District Judge Mary M. Lisi ordered the State to respond to Plaintiff's habeas corpus petition and it did so with a Motion to Dismiss filed July 26, 2006. (Document No. 5). On August 2, 2006, Plaintiff filed a "Motion to Include Outstanding Issues on 2254 Motion." (Document No. 6). Both of these Motions have been referred to this Court for consideration. In order to resolve these Motions, it is hereby ORDERED that:

1. The State shall file a response to Plaintiff's "Motion to Include Outstanding Issues" on or before October 31, 2006; and

2. Plaintiff shall, on or before October 31, 2006, file a response to the State's Motion to Dismiss which was served on him by mail on July 26, 2006. Said response shall include a response to the State's argument that the applicable time limitations period for Plaintiff to pursue this case expired on April 24, 1997 and that he did not toll (i.e., interrupt or stop) the time period

by "a properly filed application for State post-conviction or other collateral review." See 28 U.S.C. § 2244(d)(2).

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 4, 2006

/s/ Jeannine Theall
Deputy Clerk