UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOUGLAS J. PELLETIER

v. C.A. NO: 06-298ML

A.T. WALL

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, A.T. Wall, against the Plaintiff, Douglas J. Pelletier, per the Memorandum and Order dated January 30, 2007 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated January 22, 2008 pursuant to Title 28 U.S.C. § 636(b)(1). The defendant's Motion to Dismiss is GRANTED and the Petition is DISMISSED.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: January 30, 2007**