United States District Court
For the District of Rhode Island

FILED
FEB 0 7 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Douglas Pelletier pro se
v
A.T. Wall

C.A. No. 06-298ML

Denied. Mary M. Lisi USDJ 2/9/07

## Motion For Certificate of Appealability

Now comes Douglas Pelletier, pro se plaintiff in the above entitled action and respectfully request this Honorable Court grant his motion for Certificate of Appealability for the reasons listed in his 2254 motion. Plaintiff avers Justice has not been served in this matter and seeks to have it appealed.

Respectfully Submitted,
Douglas Pelletier pro se
Doyle Pel
P.O. Box 8274 Medium I AR-41
Cranston, RI, 02920

### Certification

I, Douglas Pelletier, do hereby certify that a true copy of this motion was mailed to the Attorney Generals office, Appellate unit, at 150 South main St., Providence, RI, 02903, via the U.S. Postal service on this 5th day of Febuary 2007.

Doyle Pelletier

14