United States District Court for the District of Rhode Island
File Number 06-298 ML

Douglas Pelletier pro se Plaintiff

vs. Notice of Appeal

A.T. Wall Director Adult Correctional Institution

Notice is hereby given that Douglas Pelletier pro se Appellant, (Douglas Pelletier pro se plaintiff in the above named case)(A.T. Wall, director Adult Correctional Institution defendant in the above named case.) hereby Appeal to the United States Court of Appeals for the First Circuit from the Judgement of a re-sentencing (which was granted in Newport Superior Court on December 12, 2003. This was appealed by the Rhode Island Attorney General's office and reversed on August 17, 2005 by the Rhode Island Supreme Court. On June 28, 2006 Plaintiff filed a 2254 motion with the U.S. District Court for the District of Rhode Island. On January 30, 2007 this 2254 motion was dismissed by Judge Mary Lisi. On Febuary 5, 2007 plaintiff requested a certificate of appealability which he received a denial of on Febuary 12, 2007) entered in this action on the

13th day of Febuary 2007.

Respectfully Submitted,

Douglas Pelletier

Douglas Pelletier pro se'
P.O. Box 8274
Medium I AR-41
Cranston, RI, 02920

## Certification

I, Douglas Pelletier, do hereby certify that a true copy of this Notice of appeal was mailed via the U.S. Postal service to the Attorney General's office, appellate unit at 150 South main st, Providence, Rhode Island, 02903 on this 13th day of Febuary 2007.

Douglas Pelletier