# United States Court of Appeals
## For the First Circuit

No. 07-1298

DOUGLAS J. PELLETIER

Petitioner - Appellant

v.

A.T. WALL, Director of the Rhode Island Department of Corrections

Respondent - Appellee

**ORDER OF COURT**
**Entered: March 12, 2007**

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
Date: 3/12/07

[Certified copies to the Honorable Mary M. Lisi and David DiMarzio, Clerk of the United States District Court of Rhode Island]

[cc: Douglas J. Pelletier, Aaron L. Weisman, AAG]

# United States District Court

DISTRICT OF

Douglas Pelletier
Plaintiff

V.

A.T. Wall
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CA 06-298 ML

CASE NUMBER:

I, Douglas Pelletier pro se declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

COPY

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Adult Correctional Institution Cranston, RI

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☐ No
   b. Rent payments, interest or dividends ☐ Yes ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☐ No
   d. Disability or workers compensation payments ☐ Yes ☐ No
   e. Gifts or inheritances ☒ Yes ☐ No
   f. Any other sources ☐ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. 30 For Birthday in November 150 For Xmas