06-298

# United States Court of Appeals
## For the First Circuit

FILED
JUL 2007
DISTRICT COURT
DISTRICT OF RHODE ISLAND

No. 07-1298

DOUGLAS J. PELLETIER,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR OF THE RHODE ISLAND
DEPARTMENT OF CORRECTIONS,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Torruella and Lipez, Circuit Judges.

JUDGMENT

Entered: July 11, 2007

Petitioner Douglas J. Pelletier has filed a motion to appoint counsel and a request for a certificate of appealability ("COA") from the district court's denial of his 28 U.S.C. §2254 habeas petition on statute of limitations grounds. To obtain a COA, an applicant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). If the district court denies the petition on procedural grounds (as here), without reaching the merits of the constitutional claim, the standard becomes whether "[J]urists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

We have reviewed the record and the petitioner's memorandum in support of his request for a certificate of appealability. Upon review, we conclude that petitioner has not met his burden.

Essentially for the reasons stated in the magistrate judge's Report and Recommendation, dated January 22, 2007 and adopted by the district court on January 30, 2007, no jurist of reason would find it debatable that the district court correctly determined that petitioner's habeas petition is time-barred and that the exceptional remedy of equitable tolling is unwarranted.

The motion to appoint counsel is denied. The request for a COA is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:_______________________________
Chief Deputy Clerk.

[cc: Douglas J. Pelletier and Aaron L. Weisman, Esq.]